# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162507-8(59)

ALIAMA X. SCHAUMANN-BELTRAN,
          Plaintiff-Appellant,

v

JOSEPH GEMMETE, M.D.,
          Defendant-Appellee.

_____

SC: 162507
COA: 347683
Washtenaw CC: 17-000132-NH

ALIAMA X. SCHAUMANN-BELTRAN,
          Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN REGENTS,
doing business as UNIVERSITY OF
MICHIGAN HEALTH SYSTEM, also
known as MICHIGAN MEDICINE,
UNIVERSITY OF MICHIGAN MEDICAL
CENTER, and C.S. MOTT CHILDREN'S
HOSPITAL,
          Defendants-Appellees.

_____/

SC: 162508
COA: 347684
Washtenaw CC: 17-000038-MH

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 15, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021



Clerk